# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. ARRIOLA, | Case No. 2:22-cv-04602-WLH-AS |
| Plaintiff, | District Judge: Wesley L. Hsu |
| vs. | **JUDGMENT [61] [64]** |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff MICHAEL T. ARRIOLA ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68 on January 4, 2024. Accordingly, the Court enters **JUDGMENT** in favor of Plaintiff in the amount of $87,000.00 pursuant to the terms of the Rule 68 offer.

**IT IS SO ORDERED.**

Date: April 15, 2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1
**JUDGMENT**